# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK
# MANHATTAN DIVISION

### CASE NO.: 1:23-CV-10455

PAUL REIFFER,

      PLAINTIFF,

v.

CANNDELTA INC (US),

      DEFENDANT,

_____

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Paul Reiffer, by and through his undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the instant lawsuit, ***without*** prejudice, with each party to bear its own costs, attorneys' fees and expenses.

Dated: February 23, 2024

Any pending motions are moot.  All conferences are canceled.  The Clerk of Court is directed to close the case.

SO ORDERED.

*[signature]*

February 26, 2024

Respectfully submitted

*/s/  Joseph A. Dunne*

**Joseph A. Dunne**
joseph.dunne@sriplaw.com
SRIPLAW, P. A.
175 Pearl Street
Third Floor
Brooklyn, NY - 11201
+1 929.200.8446 - Telephone
561.404.4353 - Facsmile

*Counsel for Plaintiff*
Paul Reiffer

**SRIPLAW**

Cᴀʟɪꜰᴏʀɴɪᴀ ◆ Gᴇᴏʀɢɪᴀ ◆ Fʟᴏʀɪᴅᴀ ◆ Tᴇɴɴᴇssᴇᴇ ◆ Nᴇᴡ Yᴏʀᴋ